**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Cass County Abstract Company, Inc.,

Plaintiff,

-v-

Complete Title Services, Inc. and
James Gammello

Defendants.

Civil File No. 00-696 (JRT/RLE)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER**

---

**STIPULATION**

Pursuant to the Defendants' request, it is hereby stipulated by and between the parties to this action that Defendants may have up to and including April 23, 2000, to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: April 5, 2000.

MEAGHER & GEER, P.L.L.P.

Steven C. Eggimann (#26013)
Christopher J. Schulte (#2408010
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661
**ATTORNEYS FOR PLAINTIFF**

Dated: April 5, 2000.

MACKALL, CROUNSE & MOORE, PLC

By:
Denis E. Grande (#36742)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
(612) 305-1400
**ATTORNEYS FOR DEFENDANTS**

FILED APR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: April 17, 2000.

Magistrate Judge Raymond L. Erickson
United States District Court
District of Minnesota

PDP/pdp/559857.1