**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Cass County Abstract Company, Inc.,

Plaintiff,

-v-

Complete Title Services, Inc. and
James Gammello

Defendants.

Civil File No. 00-696 (JRT/RLE)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER**

---

## STIPULATION

Pursuant to the Defendants' request, it is hereby stipulated by and between the parties to this action that Defendants may have up to and including May 7, 2000, to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: April 21, 2000.

MEAGHER & GEER, P.L.L.P.

Steven C. Eggimann (#26013)
Christopher J. Schulte (#2408010
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661
**ATTORNEYS FOR PLAINTIFF**

Dated: April 21, 2000.

MACKALL, CROUNSE & MOORE, PLC

By:

Denis E. Grande (#36742)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
(612) 305-1400
**ATTORNEYS FOR DEFENDANTS**

FILED MAY 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: May 4, 2000.

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States District Court
District of Minnesota

PDP/pdp/561371.1