UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Case County Abstract Company,
Inc.,

Plaintiff,

vs.

CERTIFICATE OF READINESS
FOR TRIAL

Complete Title Services,
Inc., and James Gammello,

Defendants.

Civ. No. 00-696(JRT/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. John R. Tunheim and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 3rd, 2001
At Duluth, Minnesota

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________